UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   **CV 26-554-MWF (RAOx)**                          Date:  March 04, 2026

Title     ***Yuri Doering v. Galicias Meat Market, Inc., et al.***


Present:  The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) MINUTE ORDER TO SHOW CAUSE RE COUNSEL
FOR DEFENDANT GALICIAS MEAT MARKET, INC.**


On March 2, 2026, Defendants Galicias Meat Market, Inc. and Victoria
Perez filed an Answer to Complaint (the "Answer").  (Docket No. 16).  The
Answer reflects that Defendants are proceeding pro se, without counsel.

Individual litigants may represent themselves pro se, but corporations and
associations must be represented by a lawyer.  *See Church of the New Testament v.
United States*, 783 F.2d 771, 773 (9th Cir. 1986) (unincorporated association); *In
re Highley*, 459 F.2d 554, 555 (9th Cir. 1972) (corporations).  In addition, a partner
may not represent his or her own interest in a partnership pro se, and a sole
shareholder may not represent a corporation.  *See In re Am. West Airlines*, 40 F.3d
1058, 1059 (9th Cir. 1994) (per curiam) (partner); *United States v. High Country
Broad Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam) (shareholder).

Therefore, Defendant Victoria Perez ("Defendant Perez") may proceed pro
se, without counsel.  However, Defendant Galicias Meat Market, Inc. ("Defendant
Galicias") must have legal representation.  Accordingly, the Court **ORDERS**
Defendant Galicias to **SHOW CAUSE**, in writing, on or before **APRIL 3, 2026**,
why it should not be required to retain counsel.  In response to this Order to Show
Cause, the Court will accept a Notice of Appearance of Counsel or Request for
Approval of Substitution of Attorney.  If an attorney does not enter an appearance

---

| CV-90 (03/15) | Civil Minutes – General | Page **1** of **2** |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 26-554-MWF (RAOx)**                    Date:  March 04, 2026

Title    ***Yuri Doering v. Galicias Meat Market, Inc., et al.***

on behalf of Defendant Galicias by that date, the Answer as to Defendant Galicias will be stricken and default will be entered against Defendant Galicias.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of a satisfactory response to the Order to Show Cause. Defendant APGS's failure to respond to the Order to Show Cause by **APRIL 3, 2026**, will result in the Answer as to Defendant Galicias being stricken and default entered.

IT IS SO ORDERED.

Parties in court without a lawyer are called "pro se litigants."  These parties often face special challenges in federal court.  Public Counsel runs a free Federal Pro Se Clinic where pro se litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012.  Pro se litigants must call or submit an on-line application to request services as follows:  on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.