SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave.
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
YURI DOERING

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURI DOERING,<br><br>    Plaintiff,<br><br>    vs.<br><br>GALICIA'S MEAT MARKET, INC.;<br>VICTORIA PEREZ; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 2:26-cv-00554-MWF-RAO**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff YURI DOERING ("Plaintiff") and Defendant GALICIA'S MEAT MARKET, INC.; VICTORIA PEREZ stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

\\

\\

\\

JOINT STIPULATION FOR DISMISSAL

Respectfully submitted,

DATED:  March 26, 2026          SO. CAL. EQUAL ACCESS GROUP


By: ___/s/  Jason J. Kim_____
     Jason J. Kim
     Attorneys for Plaintiff


DATED:  March 26, 2026


By: ___/s/ Michael I. Schiller_____
     Michael I. Schiller, Esq.
     Attorneys for Defendant
     GALICIA'S MEAT MARKET, INC.;
     VICTORIA PEREZ

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 26, 2026          By: /s/ Jason J. Kim_____
                                     Jason J. Kim

JOINT STIPULATION FOR DISMISSAL